

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00165-CV

CARLYE JONES MILLER, Appellant

§ On Appeal from the 393rd District Court

§ of Denton County (19-11600-393)

V.

§ March 11, 2021

§ Memorandum Opinion by Justice Bassel

MICHELLE WATKINS, Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Carlye Jones Miller shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
 Justice Dabney Bassel